*Stephen Ross and others* v. *Nehemiah Hubble and Jemima his Wife, administratrix of Ichabod Paterson.*

THIS was a motion to set aside the default entered in the cause, and all subsequent proceedings with costs.

The affidavits contained a variety of unimportant facts, but the only question, worth noticing, which was relied on, was one of practice, whether it was regular to a writ, which was in trespass only, and returned with the names of the defendants indorsed, to enter their appearance in the clerk's office, after judgment was signed.

It was contended that, as the court would order it to be done on application, it was, in fact, doing no more than that, which the court would sanction.

---

*Per Curiam.*    It is said that no  appearance of the defendants,  by special  or common bail,  or an entry of appearance was  of  record,  when  the default and judgment were  returned.    As  the  process  in  the cause did  not  require bail,  the defendants indorsed their appearance on the *capias*.    It was the business of the clerk,  and not of the attorney,  to have entered their appearance.    This may be done *nunc pro tunc*. The laches of the clerk ought never to prejudice the attorney.    We,  therefore,  deny  the  motion with costs of opposing.